# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LEWIS and PATRICIA OLISON,<br><br>Plaintiffs,<br><br>vs.<br><br>HILLTOP GROUP, L.P; CIRRUS ASSET MANAGEMENT, INC.,<br><br>Defendants. | 4:25-cv-03398-HSG<br><br>**ORDER ON JOINT STIPULATION SELECTING ADR PROCESS AND DEADLINE**<br><br>Complaint Filed:  April 16, 2025<br>Trial Date:  TBD |

The Court, having reviewed and considered the parties' joint stipulation selecting ADR process and deadline pursuant to ECF No. 31 instructing the parties to meet and confer and e-file by October 21, 2025, a stipulation and proposed order selecting an ADR process and deadline, HEREBY ORDERS that Plaintiffs, Samuel Lewis and Patricia Olison, and Defendants Hilltop Group, L.P., and Cirrus Asset Management, Inc., complete private mediation with Howard Herman, Esq., by February 18, 2026.

IT IS SO ORDERED.

DATED: 10/22/2025

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE