UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LEWIS, et al., | Case No. 25-cv-03398-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| HILLTOP GROUP, L.P., et al., | |
| Defendants. | |

A case management conference was held on October 14, 2025. Having considered the parties' proposals, *see* Dkt. No. 29, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | December 15, 2025 |
| Close of Fact Discovery | March 13, 2026 |
| Exchange of Opening Expert Reports | March 30, 2026 |
| Exchange of Rebuttal Expert Reports | April 14, 2026 |
| Close of Expert Discovery | April 29, 2026 |
| Dispositive Motion Hearing Deadline | June 11, 2026, at 2:00 p.m. |
| Pretrial Conference | September 8, 2026, at 3:00 p.m. |
| Jury Trial (7 days) | September 21, 2026, at 8:30 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders.
3  **IT IS SO ORDERED.**
4  Dated: 10/22/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge