Celia McGuinness (SBN 159420)
McGUINNESS LAW GROUP, PC
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmguinness@mcguinness-legal.com

Attorneys for Plaintiffs SAMUEL LEWIS and PATRICIA OLISON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LEWIS AND PATRICIA OLISON,

Plaintiffs,

vs.

HILLTOP GROUP, L.P.; CIRRUS ASSET MANAGEMENT, INC.,

Defendants.

Case No. 4:25-cv-03398-HSG

Civil Rights

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**
**THE COURT TO RETAIN JURISDICTION TO ENFORCE**

Pursuant to Federal Rule of Civil Procedure 41(a), the stipulation of Plaintiffs Samuel Lewis and Patricia Olison and Defendants Hilltop Group, L.P. and Cirrus Asset Management, Inc., requesting dismissal of Plaintiffs' complaint with prejudice, with the Court to retain jurisdiction to enforce the Court Enforceable Settlement Agreement is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:    2/13/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER        GRANTING
STIPULATION TO DISMISS WITH
PREJUDICE

1

Case No. 4:25-cv-03398-HSG